ESTHER ROSS, respondent,

*v.*

CHARLES ROSS, appellant.

[Decided February 3d, 1930.]

*Mr. Edward Thomas Moore,* for the respondent.

*Messrs. Carey & Lane,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *105 N. J. Eq. 170.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, KALISCH, BLACK, LLOYD, CASE, BODINE, McGLENNON, KAYS, DEAR, JJ. 10.

*For reversal*—PARKER, CAMPBELL, VAN BUSKIRK, HETFIELD, JJ. 4.